(109 So. 884)

**Hugh NELSON et al. v. Page Nelson ATKINS.** (2 Div. 886.)

(Supreme Court of Alabama. April 1, 1926. Rehearing Granted June 24, 1926. Further Application for Rehearing Withdrawn Oct. 1, 1926.)

Appeal from Probate Court, Dallas County; W. M. Vaughan, Judge.
See, also, ante, p. 76, 109 So. 166.

Hugh Nelson, of Montgomery, for appellants.
Pettus, Fuller & Lapsley, of Selma, for appellee.

SAYRE, J. Affirmed on authority of Nelson v. Atkins, ante, p. 88, 109 So. 882.